# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
AFFIDAVIT OF SERVICE

Sealed Plaintiff,

        Plaintiff(s),

v.        Case Number: 20-mc-45 (PJS/DTS)

Sealed Defendant,

        Defendant(s).

**SEALED DOCUMENTS WITH HIGHLY SENSITIVE INFORMATION (HSI)**