# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
SUPPLEMENTAL NOTICE OF AUTHORITY

Sealed Plaintiff,

   Plaintiff(s),

v.            Case Number: 20-mc-45 (PJS/DTS)

Sealed Defendant,

   Defendant(s).

**SEALED DOCUMENTS WITH HIGHLY SENSITIVE INFORMATION (HSI)**