# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLACEHOLDER FOR COURT FILED DOCUMENTS
AFFIDAVIT OF SERVICE

Sealed Plaintiff

        Plaintiff(s)

v.  Case Number: 20-mc-45 (PJS/DTS)

Sealed Defendant

        Defendant(s)

**SEALED DOCUMENTS WITH HIGHLY SENSITIVE INFORMATION (HSI)**