IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANTONIO CABALLERO,

           Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

           Defendants.

CASE NO.: 20-mc-00045

## PLAINTIFF ANTONIO CABALLERO'S NOTICE OF SERVICE AND REQUEST THAT SEALED DOCKET ENTRIES BE UNSEALED

Plaintiff Antonio Caballero, by and through undersigned counsel, hereby notifies the Court that the Garnishee, Equiniti Trust Company, has been served with the Garnishment Summons[1] directed to the accounts of Banco Bandes Uruguay, S.A., Banco Bicentenario Banco Universal C.A., and Banco de Venezuela SA Banco Universal. As the Garnishee has now been served, Plaintiff notes that the stated purpose of his request to seal has now been satisfied. As such, Plaintiff respectfully requests that this matter and all docket entries be unsealed and that this Court enter an order in the form of the proposed order attached as Merz Aff. Exhibit 2.

---

[1] *See* Affidavit of Service of Garnishment Summons on Equiniti Trust Company attached as Exhibit 1 to the accompanying Affidavit Of Gregory Merz In Support Of Plaintiff's Notice Of Service And Request That Sealed Docket Entries Be Unsealed (Merz Aff.").

DATED this 26th day of February 2021.

        **LATHROP GPM.**

        By: s/ Gregory R. Merz
        Gregory R. Merz, (#0185942)
        Gregory.Merz@lathropgpm.com

        80 South Eighth St.
        500 IDS Center
        Minneapolis, MN 55402
        Telephone: 612.632.3000
        Facsimile: 612.632.4444

        **ZUMPANO PATRICIOS, P.A.**

        Joseph I. Zumpano, Esq.
        *Admitted Pro Hac Vice*
        312 Minorca Avenue
        Coral Gables, FL 33134
        Phone: 305.444.5565
        Email: jzumpano@zplaw.com

        Leon N. Patricios, Esq.
        *Admitted Pro Hac Vice*
        312 Minorca Avenue
        Coral Gables, FL 33134
        Phone: 305.444.5565
        Email: lpatricios@zplaw.com

        *Attorneys for Antonio Caballero*

GP:4833-3367-1134 v1