

RECEIVED
MAR 0 2 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANTONIO CABALLERO,

        Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

        Defendants.
_____/

CASE NO.: 20-mc-00045

**AFFIDAVIT OF GREGORY MERZ IN SUPPORT OF PLAINTIFF'S NOTICE OF SERVICE AND REQUEST THAT SEALED DOCKET ENTRIES BE UNSEALED**

STATE OF MINNESOTA )
                           )ss
COUNTY OF HENNEPIN )

    Gregory Merz, upon being sworn, states as follows:

    1.    I am one of the attorneys representing the Plaintiff in the above-referenced matter and submit this affidavit in support of Plaintiff's Motion Notice Of Service And Request That Sealed Docket Entries Be Unsealed.

    2.    Attached to this Affidavit as Exhibit 1 is a true and correct copy of the affidavit of service of the garnishment summons and garnishment disclosure form on Equiniti Trust Company.

    3.    Attached to this Affidavit of Exhibit 2 is a true and correct copy of a proposed order reciting the relief sought by the Plaintiff.

Dated: February 26, 2021          <u>s/ Gregory R. Merz</u>
                                                   Gregory R. Merz

Subscribed and sworn to before me
This 26th day of February, 2021

<u>s/ Gwendolyn Inskeep</u>
Notary Public

GP:4831-4138-9022 v1