

RECEIVED

MAR 0 2 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# EXHIBIT 1

State of Minnesota    )

County of Hennepin    )

**Affidavit of Service**

I, Mark Miller, state that on Monday, February 1, 2021 at 12:26 PM I served the Garnishment Summons; Under Seal; and Two (2) Garnishment NonEarnings Disclosures upon Equiniti Trust Company, therein named, personally at 1010 Dale Street North, St. Paul, MN 55117, by handing to and leaving with Jana Floyd, Agent for CT Corporation System, Inc, authorized to accept service, the Registered Agent for Equiniti Trust Company, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minnesota Statute § 358.116.

Dated: 2/1/2021     _Mark Miller_

Mark Miller, Process Server



RE: 3430063



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com