IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

    Defendants.

CASE NO.: 20-mc-00045

---

## PLAINTIFF ANTONIO CABALLERO'S
## MOTION TO DEEM CORRECTED, *NUNC PRO TUNC*, THE SCRIVENER'S ERRORS IN THE COURT FILINGS RELATED TO THE "BANDES ENTITIES"

Plaintiff, Antonio Caballero ("Caballero"), by and through undersigned counsel, respectfully moves this Court to deem corrected *nunc pro tunc* the scrivener's errors in the Court filings related to the "Bandes Entities," contained in: (1) Plaintiff Antonio Caballero's *Ex Parte* Second Motion for Agent and Instrumentality Determination and for Issuance of Garnishment Summons; (2) Plaintiff Antonio Caballero's Memorandum in Support of Second *Ex Parte* Motion for Agent and Instrumentality Determination and for Issuance of Garnishment Summons; (3) proposed Order (i.e., Exhibit 7 to the Affidavit of Gregory Merz dated December 21, 2020); (4) proposed Plaintiff Antonio Caballero's Garnishment Summons (i.e., Exhibit 8 to the Affidavit of Gregory Merz dated December 21, 2020); (6) this Court's January 25, 2021, Order; and (7) Plaintiff Antonio Caballero's Garnishment Summons, issued by the Clerk of Court on January 26, 2021. In the court filings listed above, the name Banco Bicentenario Banco Universal, S.A. [sic] should read **Banco Bicentenario Banco Universal C.A.**

1

**WHEREFORE** Caballero respectfully requests that this motion be granted in the form of the proposed order attached as **Exhibit 1** to the accompanying Affidavit Of Gregory Merz In Support Of Plaintiff Antonio Caballero's Motion To Deem Corrected, Nunc Pro Tunc, The Scrivener's Errors In The Court Filings Related To The "Bandes Entities."

DATED this 26th day of February 2021.

        **LATHROP GPM.**

        By:   s/ Gregory R. Merz
        Gregory R. Merz, (#0185942)
        Gregory.Merz@lathropgpm.com

        80 South Eighth St.
        500 IDS Center
        Minneapolis, MN 55402
        Telephone: 612.632.3000
        Facsimile: 612.632.4444

        **ZUMPANO PATRICIOS, P.A.**

        Joseph I. Zumpano, Esq.
        *Admitted Pro Hac Vice*
        312 Minorca Avenue
        Coral Gables, FL 33134
        Phone: 305.444.5565
        Email: jzumpano@zplaw.com

        Leon N. Patricios, Esq.
        *Admitted Pro Hac Vice*
        312 Minorca Avenue
        Coral Gables, FL 33134
        Phone: 305.444.5565
        Email: lpatricios@zplaw.com

        *Attorneys for Antonio Caballero*