# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; and THE NORTE DE VALLE CARTEL,

    Defendants.

CASE NO.: 20-mc-00045

_____/

**UPON DUE AND CAREFUL CONSIDERATION** of Plaintiff Antonio Caballero's Notice of Service and Request that Sealed Docket Entries Be Unsealed, it is **ORDERED AND ADJUDGED** as follows:

1) The Court grants Plaintiff Antonio Caballero's request that this matter and all docket entries be unsealed.

2) The Clerk is hereby directed to unseal this matter and to place all entries on the public docket.

Dated: March 5, 2021

DAVID T. SCHULTZ
U.S. Magistrate Judge